IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW, an individual,<br><br>    Defendants. | Case No.: 4:25-cv-00298-AKB<br><br>**ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

Pending before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Consent Motion for Entry of Third Amended Complaint (Dkt. 23). Plaintiffs indicate the Defendants DNT LLC d/b/a Deez Nutz Tactical and Zach Morrow provided written consent for Plaintiffs to file a third amended complaint. The Court finding good cause therefor **GRANTS** the motion.

**IT IS HEREBY ORDERED** the Plaintiffs are granted leave to file their Third Amended Complaint.

DATED: October 16, 2025

*Amanda K. Brailsford*

Amanda K. Brailsford
U.S. District Court Judge