Joyce A. Hemmer, ISB #7202
jah@elamburke.com
**ELAM & BURKE, P.A.**
251 E. Front Street
Suite 300
Boise, ID  83702
(208) 343-5454 – Telephone

John M. Skeriotis (Admitted *pro hac vice*)
jms@etblaw.com
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABC IP, LLC et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>DNT LLC d/b/a DEEZ NUTZ TACTICAL et al.,<br><br>       *Defendants*. | Case No. 4:25-cv-00298-AKB<br><br>**NON-OPPOSITION TO MOTION** |

Pursuant to LR 7-1(a)(5), DNT LLC d/b/a Deez Nutz Tactical and Zack Morrow (collectively, "Defendants") inform the Court that they will not oppose Plaintiff's Third Amended Complaint, Dkt. 25.  Defendants' counsel, John Skeriotis, advised Plaintiff's counsel that Defendants would not oppose the filing of the Third Amended Complaint prior to its submission.

1

Dated: October 23, 2025                    Respectfully submitted,

<div style="margin-left:3em">

*/s/John M. Skeriotis*
John M. Skeriotis (Admitted *pro hac vice*)
jms@etblaw.com
**EMERSON, THOMSON & BENNETT, LLC**
1914 Akron-Peninsula Road
Akron, Ohio 44313
(330) 434-9999 – Telephone

Joyce A. Hemmer, ISB #7202
jah@elamburke.com
**ELAM & BURKE, P.A.**
251 E. Front Street
Suite 300
Boise, ID  83702
(208) 343-5454 – Telephone

*Attorneys for Defendants*

</div>

2